IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD HANNEL, | ) | 8:05CV0009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date, and the favorable decision of the administrative law judge upon remand (Ex. A to Filing 11),

IT IS ORDERED that judgment is entered for Plaintiff, Richard Hannel, and against Defendant pursuant to the fourth sentence of 42 U.S.C. § 405(g).

September 27, 2005.                BY THE COURT:

                                               *s/Richard G. Kopf*
                                               United States District Judge